# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**UNITED STATES OF AMERICA**

**VS.**                                            **CASE NO: 6:23-cr-104-RBD-EJK**

**BASIL SAMIR ITANI**

AUSA: Megan Testerman

Defense Attorney: Michelle Yard, Retained Counsel

| JUDGE: | **DANIEL C. IRICK**<br>United States Magistrate Judge | DATE AND TIME: | **June 20, 2023**<br>1:42 P.M.-1:55 P.M. |
|---|---|---|---|
| Courtroom: | 5C | TOTAL TIME: | 13 minutes |
| DEPUTY CLERK: | Julie Reyes | REPORTER: | Digital<br>Orlando_Digital_Transcripts@fl<br>md.uscourts.gov |
| INTERPRETER: | N/A | PRETRIAL/PROB: | Sofia Kollaian |

### CLERK'S MINUTES
### INITIAL APPEARANCE/ARRAIGNMENT

Case called, appearances made, procedural setting by the Court.
Court advises defendant of his rights.
Government summarizes the counts in the Indictment and advises of the potential penalties.
Defendant waives formal reading of Indictment and enters a plea of not guilty.
Court sets trial term of August 7, 2023, before Judge Dalton- Criminal Scheduling Order to be entered.
Government oral motion for release- Motion granted Order to be entered.
Defendant is released with conditions as set forth in the Order Setting Conditions of Release.
Court advises government of the requirements pursuant to the Due Process Protections Act.
Court adjourned.