## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## ORLANDO DIVISION

UNITED STATES OF AMERICA

v.                                                    CASE NO: 6:23-cr-104-RBD-EJK

BASIL SAMIR ITANI

_____

### ACCEPTANCE OF PLEA OF GUILTY,
### ADJUDICATION OF GUILT, AND
### NOTICE OF SENTENCING

The Court adopts the Amended Report and Recommendation Concerning

Plea of Guilty (Doc. 51) entered by the Honorable Embry J. Kidd, United States

Magistrate Judge. The Court hereby accepts the Defendant's plea of guilty to

Count Six of the Indictment, and the Defendant is adjudged guilty of such offenses.

The Defendant's conditions of release are **REVOKED**, having been

adjudged guilty of an offense under 18 U.S.C. § 3143(a)(2).   The Defendant shall

voluntarily surrender to the U.S. Marshals Service at 401 West Central Blvd.,

Orlando, FL 32801, **before 2:00 P.M. on Thursday, October 26, 2023**, to await

sentencing.   Failure to report shall result in the immediate issuance of a bench

warrant.

**SENTENCING** for the Defendant is hereby scheduled for **Wednesday,**

**December 20, 2023, at 10:00 AM** before the undersigned in the United States

Courthouse, Courtroom 4A, Fourth Floor, 401 West Central Boulevard, Orlando,

Florida 32801.

IF THE PARTIES WANT THE COURT TO CONSIDER ANY MOTION FOR DEPARTURE OR OTHER WRITTEN MATERIAL OTHER THAN THE PRE-SENTENCE INVESTIGATION REPORT, IT MUST BE SUBMITTED <u>NO LATER THAN SEVEN (7) DAYS PRIOR TO THE DATE OF SENTENCING.</u>

**DONE AND ORDERED** in Chambers in Orlando, Florida, on October 24, 2023.



ROY B. DALTON, JR.
United States District Judge

Copies:      Counsel of Record