UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                        Case No. 6:23-cr-104-RBD-EJK

BASIL SAMIR ITANI,

    Defendant,

    and

AMERIPRISE FINANCIAL,

    Garnishee.

## WRIT OF GARNISHMENT

TO:    Ameriprise Financial
          Attn: Legal & Compliance
          70100 Ameriprise Financial Center
          Minneapolis, MN 55474

COPY WILL BE SERVED ON:    Basil Samir Itani Reg. No. 64583-510
                                                  FCI Coleman Low
                                                  P.O. Box 1031
                                                  Coleman, Florida 33521

        An Application for Writ of Garnishment seeking property belonging to or due to Defendant, Basil Samir Itani, was filed with this Court to enforce a judgment for the United States in this matter. As of April 29, 2024 the Defendant's outstanding debt balance is $49,975.00.

        Pending further order of this Court, you shall withhold and retain all property in which the Defendant has a substantial nonexempt interest. Property that is exempt

and that is not subject to this Writ is listed in the enclosed Clerk's Notice of Garnishment. Do not deliver the property to the United States District Clerk at this time. Instead, withhold and retain the property until the Court orders its distribution. *Id*.

You are required by law to file an Answer within 10 days of your receipt of this Writ advising the Court whether you hold substantial nonexempt property for the Defendant.

If you are a registered Electronic Case Files (ECF) system filer in this district, you may file the answer electronically. Otherwise, mail or deliver the original answer to the Clerk of Court, United States Courthouse, 401 West Central Blvd., Orlando, Florida 32801. *See* 28 U.S.C. § 3205(c). A sample Answer Form is enclosed for your convenience.  Your Answer will be publicly filed.

A copy of your answer must also be served upon Basil Samir Itani at the address provided herein, and upon AUSA Jordan G. Howard at 400 North Tampa Street, Suite 3200, Tampa, Florida 33602.

If you fail to answer this Writ or fail to withhold property in accordance with this Writ, the United States may petition this Court for an order requiring you to appear before this Court. *See* 28 U.S.C. § 3205(c)(6). If you fail to answer or appear and fail to show good cause why you failed to comply with this Writ, the Court may enter a judgment against you for the value of the substantial nonexempt property that should have been withheld and/or award a reasonable attorney's fee to the United

States. *Id.*

This Writ of Garnishment is a continuing Writ, and it will only terminate by:

(A)   a court order quashing this Writ of Garnishment;

(B)   exhaustion of property in the possession, custody, or control of the Garnishee in which the Defendant-Debtor has a substantial non-exempt interest (including non-exempt disposable earnings); or

(C)   satisfaction of the debt with respect to which this Writ is issued.

*See* 28 U.S.C. § 3205(c)(10).

Signed this  22nd  day of    May,      2024.

            ELIZABETH M. WARREN
            Clerk, United States District Court
            Middle District of Florida

              LisaSilvia
      By: _____
            DEPUTY CLERK

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

UNITED STATES OF AMERICA,

v.  Case No. 6:23-cr-104-RBD-EJK

BASIL SAMIR ITANI,

    Defendant,

and

AMERIPRISE FINANCIAL,

    Garnishee.

**CLERK'S NOTICE OF GARNISHMENT**

TO: Basil Samir Itani Reg. No. 64583-510
    FCI Coleman Low
    P.O. Box 1031
    Coleman, Florida 33521

You are notified that, pursuant to 28 U.S.C. § 3202, a Writ of Garnishment was issued based upon the Judgment entered against you on December 20, 2023 in favor of the United States of America, for a fine & special assessment in the amount of $50,100.00. As of April 29, 2024, you have paid a total of $125.00, and your outstanding balance is $49,975.00.

In addition, you are notified that there are exemptions under the law that may protect some of the property the United States seeks to take, if you can show that one of the following exemptions apply:

1. Wearing apparel and school books. 26 U.S.C. § 6334(a)(1).

2. Fuel, provisions, furniture, and personal effects that do not exceed $11,390. 26 U.S.C. § 6334(a)(2) and (g).

3. Books and tools of a trade, business, or profession that do not exceed $5,700. 26 U.S.C. § 6334(a)(3) and (g).

4. Unemployment benefits. 26 U.S.C. § 6334(a)(4).

5. Undelivered mail. 26 U.S.C. § 6334(a)(5).

6. Certain annuity and pension payments—Annuity or pension payments under the Railroad Retirement Act, benefits under the Railroad Unemployment Insurance Act, special pension payments received by a person whose name has been entered on the Army, Navy, Air Force, and Coast Guard Medal of Honor roll, and annuities based on retired, or retainer pay. 26 U.S.C. § 6334(a)(6).

7. Workmen's compensation. 26 U.S.C. § 6334(a)(7).

8. Judgments for support of minor children, pursuant to a court judgment entered prior to the date of levy, to contribute to the support of defendant's minor children. 26 U.S.C. § 6334(a)(8).

9. Certain service-connected disability payments. 26 U.S.C. § 6334(a)(10).

10. Assistance under Job Training Partnership Act. 26 U.S.C. § 6334(a)(12).

You have a right to ask the Court to return your property if you think that you do not owe the debt to the United States, or if you think that the property the United States seeks qualifies under one of the above exemptions.

If you want a hearing, you must notify the Court within 20 days after you receive this notice. Likewise, if you live outside the federal judicial district where this Court is located, you may request that this proceeding be transferred by this Court to the federal judicial district where you reside. Either request must be in writing. Your

Claim for Exemption and Request for Hearing or Transfer Form will be publicly filed.

If you are a registered Electronic Case Files (ECF) system filer in this district, you may file your Claim for Exemption and Request for Hearing or Transfer Form electronically. Otherwise, mail or deliver the original form to the Clerk of Court, United States Courthouse, 401 West Central Blvd., Orlando, Florida 32801. *See* 28 U.S.C. § 3205(c). You must also mail a copy to AUSA Jordan G. Howard at 400 North Tampa Street, Suite 3200, Tampa, Florida 33602, so the United States will know that you either want a hearing or want the proceeding to be transferred.

If you request a hearing, the Court will issue an order advising you of the time, place, and date. At the hearing, you may explain to the judge why you believe the property the United States seeks is exempt or why you think you do not owe the debt to the United States. If you do not request a hearing, your property may be delivered to the United States and applied to the debt that you owe.

**Clerk's Notice of Exemptions and Hearing Request Form – Page 3**

Be sure to keep a copy of this notice for your records. If you have any questions about your rights or about this procedure, you should contact a lawyer, an office of public legal assistance, or the United States District Clerk. The United States District Clerk is not permitted to give legal advice but can refer you to other sources of information.

                                              ELIZABETH M. WARREN
                                              Clerk, United States District Court
                                              Middle District of Florida

By:   LisaSilvia
      DEPUTY CLERK

Dated: May 22, 2024

Clerk's Notice of Exemptions and Hearing Request Form – Page 4

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

UNITED STATES OF AMERICA,

v.  Case No. 6:23-cr-104-RBD-EJK

BASIL SAMIR ITANI,

    Defendant,

    and

AMERIPRISE FINANCIAL,

    Garnishee.

**CLAIM FOR EXEMPTIONS AND**
**REQUEST FOR HEARING OR TRANSFER**

[ ] I request a hearing because:

    [ ] I think that the property is exempt under the following applicable exemption(s): _____

_____

_____

    [ ] I do not owe the money to the United States as it says I do.

    [ ] I request a transfer to the federal district where I reside in the _____

_____ (district) of _____ (state).

**[ ]** I do not request a hearing in this matter.

I understand that this form will be a publicly filed document.

_____
 BASIL SAMIR ITANI (Signature)

FCI Coleman Low, Reg. No. 64583-510
P.O. Box 1031

_____
(Street Address)

Coleman, Florida 33521

_____
(City and State)


_____
(Date)

## **CERTIFICATE OF SERVICE**

I certify that on this _____ day of _____, 2024, I delivered or mailed the Claim for Exemptions and Request for Hearing or Transfer to the following:

    U.S. District Court Clerk
    801 North Florida Avenue
    Tampa, FL 33602

    U.S. Attorney's Office
    Attn: Jordan G. Howard
    400 North Tampa Street, Suite 3200
    Tampa, FL 33602

_____
BASIL SAMIR ITANI (Signature)