UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                                       Case No. 6:23-cr-104-RBD-EJK

BASIL SAMIR ITANI,

    Defendant,

    and

AMERIPRISE FINANCIAL,

    Garnishee.

## MOTION TO TERMINATE WRIT OF GARNISHMENT

The United States respectfully requests, pursuant to 28 U.S.C. § 3205(c)(10)(C), that this Court terminate Basil Samir Itani's Writ of Garnishment directed to Ameriprise Financial, and in support thereof, states as follows:

    1. Upon the United States' Application, Doc. 68, this Court entered an Order authorizing a Writ of Garnishment to Ameriprise Financial for the purpose of garnishing Itani's investment accounts to pay his outstanding fine. Docs. 69, 70.

    2. After the Writ was issued and upon his release from the BOP, Itani voluntarily paid the remaining fine balance of $49,975.00.

Itani has satisfied in full the amount owed. Accordingly, the United States moves to terminate the garnishment directed to Ameriprise Financial.

                Respectfully submitted,

                ROGER B. HANDBERG
                United States Attorney

By:  *s/ Jordan G. Howard*
       JORDAN G. HOWARD
       Assistant United States Attorney
       Florida Bar Number 1011791
       Financial Litigation
       400 North Tampa Street, Suite 3200
       Tampa, Florida 33602
       Telephone: (813) 274-6160
       Facsimile: (813) 274-6247
       E-mail: FLUDocket.mailbox@usdoj.gov

## **CERTIFICATE OF SERVICE**

I certify that on August 12, 2024, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system, which will send a notice of electronic filing to all parties of record, and I mailed the foregoing document and the notice of electronic filing by first-class mail to the following non-CM/ECF participant:

>Basil Samir Itani
>Titusville, Florida 32780
>
>Ameriprise Financial
>Attn: Legal & Compliance
>70100 Ameriprise Financial Center
>Minneapolis, MN 55474

>*s/ Jordan G. Howard*
>JORDAN G. HOWARD
>Assistant United States Attorney