UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

UNITED STATES OF AMERICA

VS.                                             CASE NO. 6:23-cr-104-RBD-EJK

BASIL SAMIR ITANI
_____/

ORDER

This cause comes before the Court on the Motion to Terminate Writ of Garnishment (the "Motion") (Doc. 77), filed by the United States on August 12, 2024. For the reasons set forth below, the Motion is due to be granted.

Defendant Basil Samir Itani ("Itani") pleaded guilty to one count of distribution and dispensing of Oxycodone and Methadone outside the usual course of professional practice and not for a legitimate medical purpose, in violation of 21 U.S.C. §§ 841(a)(1) and (b)(1)(C). (Docs. 41, 45, 51.) He was adjudicated guilty on this count (Doc. 52), and judgment was entered on December 21, 2023. (Doc. 64.) At sentencing, the Court required Itani to pay a $100.00 special assessment and a $50,000.00 fine. (*Id.* at 5.) On April 29, 2024, the United States filed an Application for Writ of Garnishment, requesting issuance of a writ of garnishment to Ameriprise Financial ("Garnishee"), compelling the Garnishee to pay to the United States all property held by the Garnishee in which Itani had a substantial nonexempt interest, pursuant to 18 U.S.C. § 3613 and the Federal Debt Collection Procedures Act ("FDCPA"), 28

U.S.C. §§ 3002, 3202, and 3205. (Docs. 68 at 2; 68-1.) At the time of this Application for Writ of Garnishment, Itani's outstanding balance was $49,975.00. (Doc. 68 at 2.) Given Itani's outstanding balance and that the United States met the requirements of 28 U.S.C. § 3205(b) for issuance of a writ of garnishment, this Court granted the government's Application for Writ of Garnishment. (Doc. 69.) The United States then filed the present Motion.

In the Motion, the United States requests that the Court terminate Itani's Writ of Garnishment since Itani has satisfied the balance of $49,975.00. (Doc. 77.) Because Itani has satisfied the balance, Itani's Writ of Garnishment directed towards Ameriprise Financial (Doc. 71) is no longer necessary.

Accordingly, it is hereby **ORDERED** that the Motion (Doc. 77) is **GRANTED** as follows:

- a. The Writ of Garnishment (Doc. 71) is **DISSOLVED** and Garnishee, Ameriprise Financial, is **DISCHARGED** from liability under the Writ of Garnishment.

- b. Garnishee, Ameriprise Financial, is **DIRECTED** to disburse any withheld funds pursuant to the Writ of Garnishment (*Id.*) to Basil Samir Itani.

**DONE** and **ORDERED** in Orlando, Florida on August 22, 2024.

_____
EMBRY J. KIDD
UNITED STATES MAGISTRATE JUDGE